QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALAN L. LEVITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:02-cr-5240 OWW |
|---|---|---|
| Plaintiff, | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREUPON |
| v. | ) ) | |
| ALAN L. LEVITT, | ) ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

Pursuant to F. R. Crim. P. 43 (b) (2) and (3), defendant, ALAN L. LEVITT, hereby waives his right to be personally present in open court upon the hearing of any proceeding in this cause, including, but not limited to status conferences, motions hearings, and trial. **Defendant is aware that a motions hearing was scheduled for June 13, 2005, at 1:30 p.m.**

Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. He agrees that his interests shall be represented at all times by the presence of his attorney, FRANCINE ZEPEDA, Assistant Federal Defender of the Office of the Federal Defender, the same as if Defendant were personally present.

///

///

///

///

This request is being made for the reasons that: Defendant is represented by counsel; Defendant is currently residing in Temecula, California; Defendant needs to drive approximately 6 hours to come to court. Consequently, defendant desires to limit the number of his personal court appearances and minimize the time and expense of travel to court.

Dated: June 13, 2005

/s/ Alan L. Levitt
ALAN L. LEVITT* [1]
Defendant

Dated: June 13, 2005

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
ALAN L. LEVITT

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

/s/ OLIVER W. WANGER

DATED: June __15___, 2005

_____
HONORABLE OLIVER W. WANGER
United States District Judge
Eastern District of California

---

[1]/ * = Original waiver containing signatures will be maintained in the Assistant Federal Defender Francine Zepeda's case file.

Waiver of Personal Appearance                    2