```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
(559) 431-9710


Attorney for Defendant, ALAN LEVITT
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   02-5240 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE SENTENCING |
| ) | |
| ALAN LEVITT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

GOOD CAUSE EXISTS for the continuance, as defendant has suffered a partial left sided stroke for which extraordinary medical treatment has been ordered, including diagnostic tests presently scheduled at UCLA Medical Center.

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing currently set for September 5, 2006, be continued to December 11, 2006 at 1:30 p.m., or a date thereafter that is convenient to the court.

Dated: August 25, 2006          FLETCHER & FOGDERUDE, INC.

                                 /s/ Eric K. Fogderude
                                _____
                                ERIC K. FOGDERUDE
                                Attorney for Defendant,
                                ALAN LEVITT

---

**U.S. vs. Levitt**                             **Stipulation and Order to Continue Sentencing**
**Case No. 02-5240 OWW**

DATED: August 25, 2006          /s/ Verna Santos
                                VERNA SANTOS
                                Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to December 11, 2006, at 1:30 p.m. before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   August 28, 2006**          /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE

---

**U.S. vs. Levitt**                              Stipulation and Order to Continue Sentencing
**Case No. 02-5240 OWW**          2