Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
(559) 431-9710

Attorney for Defendant, ALAN LEVITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   02-5240 OWW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE SENTENCING |
| ALAN LEVITT, ) | |
| Defendants. ) | |

GOOD CAUSE EXISTS for the continuance, as defendant has suffered a partial left sided stroke for which extraordinary medical treatment has been ordered, including diagnostic tests presently scheduled at UCLA Medical Center.  He is scheduled to complete his medical treatment and be released to work and/or to serve his sentence on April 17, 2007.

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing currently set for December 11, 2006, be continued to April 23, 2007, at 1:30 p.m., or a date thereafter that is convenient to the court.

///

```
Dated: November 1, 2006          FLETCHER & FOGDERUDE, INC.

                                  /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,
                                 ALAN LEVITT


DATED: November __, 2006          /s/ Verna Santos
                                 VERNA SANTOS
                                 Assistant U.S. Attorney
```

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to April 23, 2007, at 1:30 p.m. before the Honorable Oliver W. Wanger.


IT IS SO ORDERED.

**Dated:   November 21, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

---

U.S. vs. Levitt                          Stipulation and Order to Continue Sentencing
Case No. 02-5240 OWW              2