1   Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
2   A Professional Corporation
    5412 North Palm Avenue, Suite 101
3   Fresno, California 93704
    (559) 431-9710
4

5   Attorney for Defendant, ALAN LEVITT

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )      CASE NO.   02-5240 OWW
11                                 )
              Plaintiff,           )
12                                 )      STIPULATION AND ORDER
    vs.                            )      TO CONTINUE SENTENCING
13                                 )
    ALAN LEVITT,                   )
14                                 )
              Defendants.          )
15   _____)

16
         GOOD CAUSE EXISTS for the continuance, because the
17
    governments attorney will be out of state and unavailable on April
18
    23, 2007.
19
         IT IS HEREBY STIPULATED by and between the parties that the
20
    sentencing hearing currently set for April 23, 2007, be
21
    continued to April 30, 2007 at 1:30 p.m., or a date thereafter
22
    that is convenient to the court.
23

24  Dated: April 16, 2007        FLETCHER & FOGDERUDE, INC.

25  _____/s/ Eric K. Fogderude
                                    ERIC K. FOGDERUDE, Attorney for
26                                  Defendant, ALAN LEVITT

27
    DATED: April 16, 2007          /s/ Verna Santos
28                                 VERNA SANTOS
                                   Assistant U.S. Attorney

1

2                                    **ORDER**

3

4        IT IS HEREBY ORDERED that the sentencing hearing on the

5   above-entitled matter be continued to April 30, 2007, at 1:30

6   p.m. before the Honorable Oliver W. Wanger.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                                              IT IS SO ORDERED.

24   **Dated:    April 19, 2007**              _____/s/ Oliver W. Wanger_____
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28