Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
(Probation Form 49, Waiver of Hearing, is attached)

**FILED**
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Alan L. Levitt |
| **Docket Number:** | 1:02CR05240-001 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | April 30, 2007 |
| **Original Offense:** | <u>Counts 2 and 3</u>: 26 USC 7206(1), Making and Subscribing a False Income Tax Return |
| **Original Sentence:** | 12 months and 1 day BOP, 12 months TSR, $200 special assessment. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure 3) Mental health treatment; 4) Home detention; 5) Aftercare co-payment; 6) Cooperate with IRS; 7) Restricted employment; 8) Provide proof of tax filing. |
| **Other Court Action:** | None. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | January 11, 2008 (projected release date) |

## PETITIONING THE COURT

[X]     **To modify the conditions of supervision as follows:**

1.   The offender shall reside at and participate in a Residential Reentry Center program under the pre-release/community corrections component as approved by the Probation Officer, for a period not to exceed 180 days; said placement shall commence at the direction of the Probation Officer pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

2. The offender shall participate in mental health treatment which may include counseling and evaluation, and take all prescribed psycho tropic medication until successfully discharged by the treatment provider with the approval of the Probation Officer.

3. The Probation Officer shall disclose the Presentence Report and/or previous mental health evaluations and reports to the mental health and substance abuse provider. The treatment provider may provide information (excluding the Presentence Report) to state and local agencies (such as the State of California Department of Social Services), for the purpose of the client's rehabilitation.

4. As directed by the Probation Officer, the offender shall pay all or part of the costs of treating the offender's drug dependency/alcohol dependency/psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The offender shall provide payment and proof of payment as directed by the Probation Officer.

## JUSTIFICATION

On January 8, 2008, the Bureau of Prisons placed the offender into the Comprehensive Sanction Center, Turning Point, as a pre-release placement. On January 11, 2008, he will be released from Turning Point and begin supervision by the United States Probation Office. According to the staff at Turning Point, the offender has not been able to develop a viable release plan within the Eastern District of California as he is a resident of Riverside County, California. Specifically, prior to federal incarceration, the offender reportedly resided in Temecula, California, which is located within the Central District of California, for approximately four years. The offender's intent is to resume residency at his apartment in Temecula, California, which remains under lease. Based on the aforementioned, it appears a public law placement is needed at this time due to the offender's expedited release date, as well as to allow for his case to be transferred to the Central District of California. It should be noted the offender has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

It is recommended the offender be given credit towards his 360-day term of home detention for any time he serves during his commitment at the Comprehensive Sanction Center, Turning Point.

**RE:** Alan L. Levitt
**Docket Number: 1:02CR05240-001 OWW**

Respectfully submitted,

**Brian J. Bedrosian**
United States Probation Officer
Telephone: (559) 499-5721

**DATED:** January 10, 2008
Fresno, California
BB

**Reviewed by:**

**BRUCE A. VASQUEZ**
Supervising United States Probation Officer

RE:     Alan L. Levitt
        Docket Number: 1:02CR05240-001 OWW

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other:

1-10-08

**Date**                **Name of Judicial Officer**

cc:  United States Probation
     Assistant United States Attorney
     Assistant Federal Defender
     Defendant
     Court File

Rev. 02/2000
PROB12B.MRG

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The offender shall reside at and participate in a Residential Reentry Center program under the pre-release/community corrections component as approved by the Probation Officer, for a period not to exceed 180 days; said placement shall commence at the direction of the Probation Officer pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

2. The offender shall participate in mental health treatment which may include counseling and evaluation, and take all prescribed psycho tropic medication until successfully discharged by the treatment provider with the approval of the Probation Officer.

3. The Probation Officer shall disclose the Presentence Report and/or previous mental health evaluations and reports to the mental health and substance abuse provider. The treatment provider may provide information (excluding the Presentence Report) to state and local agencies (such as the State of California Department of Social Services), for the purpose of the client's rehabilitation.

4. As directed by the Probation Officer, the offender shall pay all or part of the costs of treating the offender's drug dependency/alcohol dependency/psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The offender shall provide payment and proof of payment as directed by the Probation Officer.

Witness _____  Signed _____
Brian J. Bedrosian                Alan L. Levitt
U.S. Probation Officer            Probationer or Supervised Releasee

_____
1-10-08
Date